UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| MARKIENA DESHANE BRADY-DAVIS,<br><br>Plaintiff,<br><br>v.<br><br>KING COUNTY CORRECTIONAL FACILITY, et al.,<br><br>Defendants. | CASE NO. 2:23-CV-659-TL-DWC<br><br>REPORT AND RECOMMENDATION<br><br>Noting Date: July 7, 2023 |

The District Court has referred this 42 U.S.C. § 1983 action to United States Magistrate Judge David W. Christel. Plaintiff Markiena Deshane Brady-Davis, proceeding *pro se*, filed a proposed complaint and application to proceed *in forma pauperis* (IFP) on May 4, 2023. Dkts. 1, 1-1. Plaintiff's application to proceed IFP was incomplete – it was missing the second page and did not include a prison trust account statement. *See* Dkt. 1. On May 8, 2023, the Clerk of Court sent Plaintiff a letter directing him to either pay the filing fee or submit an application to proceed IFP and prison trust account statement. Dkt. 2. The Clerk enclosed an IFP form for Plaintiff's

REPORT AND RECOMMENDATION - 1

convenience. *Id*. In addition, the Clerk warned Plaintiff that if he did not provide the requested documents by June 7, 2023, this action could be subject to dismissal. *Id*.

Plaintiff has not paid the filing fee or filed a complete application to proceed IFP. Therefore, the Court recommends this case be dismissed without prejudice.

Pursuant to 28 U.S.C. § 636(b)(1) and Fed. R. Civ. P. 72(b), the parties shall have fourteen (14) days from service of this report to file written objections. *See also* Fed. R. Civ. P. 6. Failure to file objections will result in a waiver of those objections for purposes of *de novo* review by the district judge, *see* 28 U.S.C. § 636(b)(1)(C), and can result in a waiver of those objections for purposes of appeal. *See Thomas v. Arn*, 474 U.S. 140, 142 (1985); *Miranda v. Anchondo*, 684 F.3d 844, 848 (9th Cir. 2012) (citations omitted). Accommodating the time limit imposed by Fed. R. Civ. P. 72(b), the Clerk is directed to set the matter for consideration on July 7, 2023, as noted in the caption.

Dated this 21st day of June, 2023.

David W. Christel
Chief United States Magistrate Judge

REPORT AND RECOMMENDATION - 2