UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| MARKIENA DESHANE BRADY-DAVIS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>KING COUNTY CORRECTIONAL FACILITY, et al.,<br><br>　　　　　Defendants. | CASE NO. 2:23-cv-00659-TL-DWC<br><br>REPORT AND RECOMMENDATION<br><br>Noting Date: March 29, 2024 |

The District Court has referred this action filed under 42 U.S.C. § 1983 to United States Magistrate Judge David W. Christel. Plaintiff Markiena Deshane Brady-Davis, proceeding *pro se* and *in forma pauperis*, initiated this civil rights action on May 4, 2023. *See* Dkt. 1. Plaintiff has not responded to the Court's order directing her to file an amended complaint. Therefore, the Court recommends this case be dismissed without prejudice for failure to prosecute and for failure to state a claim upon which relief can be granted.

In the Complaint, Plaintiff, a convicted and sentenced state prisoner, alleges Defendants violated Plaintiff's Fourth, Sixth, and Eighth Amendment rights. *See* Dkt. 11. On August 17, 2023, the Court found Plaintiff failed to state a claim upon which relief can be granted. Dkt. 12

REPORT AND RECOMMENDATION - 1

("Order").[1] The Court provided Plaintiff with leave to file an amended pleading by September 18, 2023, to cure the deficiencies. *Id*. The Court warned Plaintiff it would recommend dismissal of this action if Plaintiff did not correct the deficiencies of the Complaint. *See id.*

Plaintiff did not file an amended complaint and sought extensions of time to respond to the Order. *See* Dkts. 14, 17, 18. In the last order granting an extension of time, the Court directed Plaintiff to file an amended complaint on or before February 2, 2024. Dkt. 19. The Court continued to warn Plaintiff that if she failed to respond to the Court's Order the Court would recommend dismissal of this action. *Id*. Moreover, the Court stated it would not grant Plaintiff additional extensions of time to file an amended complaint absent extraordinary circumstances. *Id*.

Plaintiff has failed to comply with the Court's Order. She has not filed a response to the Order or filed an amended complaint. Further, as discussed in the Order, Plaintiff has failed to state a claim upon which relief can be granted. *See* Dkt. 12, 17. Additionally, this case has been pending since May of 2023. Plaintiff has failed to file a servable complaint and has engaged in tactics to delay resolution of this case. Therefore, the Court finds this case should be dismissed without prejudice and, if Plaintiff seeks to file an amended complaint, the Court recommends any such request be denied and that Plaintiff be required to file a new lawsuit.

Accordingly, the Court recommends this case be dismissed without prejudice for failure to follow a Court order and failure to provide a servable complaint. The Court further recommends that Plaintiff not be given additional opportunities to amend the Complaint. As

---

[1] The Court notes screening of the Complaint was delayed by several months because Plaintiff did not pay the filing fee or seek *in forma pauperis* status until August 1, 2023. *See* Dkts. 4-9.

REPORT AND RECOMMENDATION - 2

Plaintiff failed to state a claim upon which relief could be granted, the Court finds this case should be considered a "strike" under 28 U.S.C. § 1915(g).

Pursuant to 28 U.S.C. § 636(b)(1) and Fed. R. Civ. P. 72(b), the parties shall have fourteen (14) days from service of this report to file written objections. *See also* Fed. R. Civ. P. 6. Failure to file objections will result in a waiver of those objections for purposes of *de novo* review by the district judge, *see* 28 U.S.C. § 636(b)(1)(C), and can result in a waiver of those objections for purposes of appeal. *See Thomas v. Arn*, 474 U.S. 140, 142 (1985); *Miranda v. Anchondo*, 684 F.3d 844, 848 (9th Cir. 2012) (citations omitted). Accommodating the time limit imposed by Fed. R. Civ. P. 72(b), the Clerk is directed to set the matter for consideration on March 29, 2024, as noted in the caption.

Dated this 8th day of March, 2024.

David W. Christel
United States Magistrate Judge

REPORT AND RECOMMENDATION - 3