UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARKIENA DESHANE BRADY-DAVIS,<br><br>Plaintiff,<br>v.<br><br>KING COUNTY CORRECTIONAL FACILITY et al,<br><br>Defendants. | CASE NO. 2:23-cv-00659-TL<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

Having reviewed the relevant record, including the Report and Recommendation of the Honorable David W. Christel, United States Magistrate Judge (Dkt. No. 20), and receiving no objections thereto, the Court hereby FINDS and ORDERS as follows:

(1) The Court ADOPTS the Report and Recommendation.

(2) Plaintiff has failed to respond to the Court's order and file an amended complaint; therefore, this case is dismissed without prejudice. As Plaintiff has failed to state a claim upon which relief could be granted, this case constitutes a "strike" under 42 U.S.C. § 1915(g).

(3) The Clerk is directed to send copies of this Order to Plaintiff and to the Hon. David W. Christel.

Dated this 29th day of March 2024.

Tana Lin
United States District Judge